# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BEASOR,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | Case No. 1:18-cv-00337-LJO-SAB<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS TO APRIL 23, 2018 |

On February 5, 2018, Plaintiff John Beasor ("Plaintiff") filed this action in Small Claims Court in Fresno Superior Court against the United States Postal Service alleging negligence and bad faith in failure to pay or correct. (ECF No. 1 at 3-7.) Defendant United States Postal Service ("Defendant") removed the action to the Eastern District of California on March 8, 2018. (ECF No. 1.) On March 15, 2018, Defendant filed a motion to dismiss in this action which was referred to the undersigned. (ECF No. 6.) On March 19, 2018, a hearing on Defendant's motion to dismiss was set for April 20, 2018. (ECF No. 7.) The Court was subsequently notified that defense counsel was unavailable on the date set for hearing. Due to the unavailability of counsel, the hearing on Defendant's motion to dismiss shall be continued to April 23, 2018.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The hearing set for April 20, 2018, at 2:30 p.m. is CONTINUED to April 23, 2018, at 2:30 p.m. in Courtroom 9;

1

2. Plaintiff's opposition to the motion shall be filed on or before April 9, 2018; and

3. Defendant's reply, if any, shall be filed on or before April 16, 2018.

IT IS SO ORDERED.

Dated: **March 20, 2018**

UNITED STATES MAGISTRATE JUDGE